**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY HERNANDEZ, | CASE NO. SACV 11-00039 VBF (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| KELLY HARRINGTON, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RAY ANTHONY HERNANDEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 5/7/12

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE